UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOROTHEA W. HELTON, | : CIVIL NO: 1:20-CV-00076 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| UNITED STATES, | : |
| Defendant. | : |

**ORDER**
March 10, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the United States' motion for summary judgment (*doc. 29*), which is construed, in part, as a motion to dismiss for lack of subject-matter jurisdiction, is **GRANTED** to the extent this action is dismissed for lack of subject-matter jurisdiction. The Clerk of Court shall close the case file.

*Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge